# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2254

_____

Judson Witham,                               *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
    v.                                      *   District Court for the
                                            *   Western District of Missouri.
Christian County, Missouri; Christian       *
County Sheriff's Department; Joe            *
Matlock, Sheriff; Ron Cleek; Judge         *   [UNPUBLISHED]
Waters; Judge Eiffert; Deputy              *
Forrester; Deputy Cowan; Kim Clark;        *
Judge Orr; Pat Wright,                      *
                                            *
            Appellees.                      *

_____

Submitted: August 7, 2008
Filed: August 18, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Judson Witham appeals the district court's[1] dismissal with prejudice of his 42 U.S.C. § 1983 complaint for failure to comply with a court order. Having carefully

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

reviewed the record and considered Witham's arguments on appeal, we find no basis for reversal, and we affirm the district court's judgment.  See 8th Cir. R. 47B.

_____